UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNDY MURPHY, | 1:10-cv-01942-LJO-MJS (PC) |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | (ECF No. 7) |
| PAAT, et al., | CLERK'S OFFICE SHALL SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION |
|     Defendants. / | |
| | PLAINTIFF SHALL FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL BY DECEMBER 22, 2010 |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 18, 2010. (ECF No. 1.) The Court ordered Plaintiff to pay the filing fee or submit an application to proceed in forma pauperis. (ECF No. 3.) Because Plaintiff was in prison at the time, the Court sent Plaintiff a prisoner's IFP form. Plaintiff submitted the prisoner's IFP form on November 8, 2010. (ECF No. 7.) However, on November 1, 2010, Plaintiff filed a notice of change of address indicating that he was no longer in prison. In light of the fact that Plaintiff is no longer in custody, the prisoner IFP form does not apply. Accordingly, Plaintiff's November 8, 2010 Application to Proceed in forma pauperis is DENIED.

The Court's denial of Plaintiff's application does not mean that Plaintiff cannot proceed in forma pauperis in this action. However, Plaintiff must complete a different form

that applies to civil litigants who are not currently imprisoned.  Accordingly, the Clerk's Office is ORDERED to send Plaintiff a regular civil in forma pauperis application.  Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full not later than **December 22, 2010**.

**Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     November 12, 2010                    /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE